IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **FELICE LEVINE**<br>**6820 WISCONSIN AVE, NW**<br>**APT. 7006**<br>**CHEVY CHASE, MD 20815**<br><br>      Plaintiff,<br><br>      v.<br><br>**JOHN DOE**<br><br>      Defendant. | |

## COMPLAINT

Plaintiff Felice Levine ("Plaintiff"), by and through undersigned counsel, brings this action against Defendant John Doe ("Defendant"), for monetary damages. In support of her Complaint, Plaintiff hereby states and alleges as follows:

### JURISDICTION AND VENUE

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds $75,000, and, upon information and belief, the parties are citizens of different States.

2) Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims brought by Plaintiff occurred in the District of Maryland.

### Parties

3) Plaintiff Felice Levine is a natural person and resident of the state of Maryland.

1

4) Defendant John Doe is a natural person. Upon information and belief, Defendant Doe is a resident of a State other than Maryland or a citizen of a foreign country.

**Facts**

5) Plaintiff Felice Levine is the Executive Director of the American Educational Research Association. She holds A.B., A.M., and Ph.D., degrees in sociology and psychology from the University of Chicago.

6) On or around March 2022, Plaintiff was in the process of purchasing real property in Maryland. She entered a contract to purchase 5600 Wisconsin Ave, Unit 705, Chevy Chase, Maryland 20815.

7) Plaintiff's mortgage representative for the real estate transaction was Barbara Haardt ("Haardt") of First Savings Mortgage.

8) Plaintiff was assisted by Stanley Zerden of Berkshire Hathaway Homesale. Mr. Zerden was compensated by the seller for his services. Plaintiff contributed to the fee paid to Mr. Zerden.

9) Plaintiff used Federal Title and Escrow Company ("Federal Title") as the title company for the real estate transaction.

10) Daniel Cox ("Cox") is an Escrow Officer with Federal Title.

11) Anthea Higgins is a Settlement Processor with Federal Title.

12) Joe Gentile is an attorney for Federal Title.

13) Plaintiff was scheduled to close on the real estate transaction on March 31, 2022.

14) On or around March 22, 2022, Plaintiff received an email from an individual purporting to be "Stanley Zerden" asking her to confirm that she received email instructions from Daniel Cox regarding the closing funds.

> -----Original Message-----
> From: Felice Levine <levinefj1@gmail.com>
> To: Stanley Zerden <szerden.homesale@aol.com>
> CC: Barbara Haardt <bhaardt.firstsavings@aol.com> > <bhaardt.firstsavings@aol.com>
> Sent: Tue, 22 Mar 2022 16:42
> Subject: Re: 5600 Wisconsin Ave, 705 Chevy Chase MD 20815
>
> i just saw this. what os the balance and could not do today but can tomorrow. To where.
>
> Sent from my iPhone
>
> On Mar 22, 2022, at 12:09 PM, Stanley Zerden <szerden.homesale@aol.com> wrote:
>
> Hello, Kindly confirm you received an email from the Escrow Officer Daniel Cox regarding the closing funds and advise if you can wire the balance closing funds today.
>
> Stanley Zerden

15) The individual purporting to be "Stanley Zerden" then followed up with an email with instructions for wiring the funds necessary to close on the real estate purchase, $296,158.75. Plaintiff was instructed to wire $296,158.75 to Federal Title's account at Chase Bank (account number ending in 5667) (routing number ending in 1627).

> On Mar 22, 2022, at 5:28 PM, Stanley Zerden <szerden.homesale@aol.com> wrote:
>
> Tomorrow is perfect. Find the wire instructions below. The closing figure to wire is $296,158.75. Kindly aknowledge this wire instructions and also inform me once the wire transfer has been processed tomorrow.
>
> **WIRE INSTRUCTIONS**
>
> BANK NAME: CHASE BANK
> BANK ADDRESS: 7417 BALTIMORE AVE STE B, COLLEGE PARK, MD 20740
> BENEFICIARY NAME: FEDERAL TITLE & ESCROW COMPANY LLC
> ABA# / ROUTING NUMBER: 322271627
> ACCOUNT NUMBER: ████5667
>
> Stanley Zerden

16) Plaintiff later discovered that these emails, and the multiple emails that followed, were from spoofed email accounts, and this email was not sent by the real Stanley Zerden.

17) These emails also contained a spoofed email address for Barbara Haardt.

3

18) On or around March 23, 2022, Plaintiff received an email from an individual purporting to be "Daniel Cox" from Federal Title.  Plaintiff later discovered, on or around March 28, 2022, that this email, and the multiple emails that followed, were from a spoofed email account and were in fact not sent by Daniel Cox.

> **From:** Daniel Cox <dan@federaltitel.com>
> **Date:** March 23, 2022 at 10:27:58 AM CDT
> **To:** levinefj1@gmail.com
> **Cc:** Barbara Haardt <bhaardt.firstsavings@aol.com>, Stanley Zerden <szerden.homesale@aol.com>
> **Subject: Re:** 5600 Wisconsin Ave, 705 Chevy Chase MD 20815
>
> Hello Felice, Yes the closing date has been scheduled for 31st which is next week Thursday. Find the wire instructions below and the balance closing fund is $296,158.75. Kindly inform us once the wire transfer has been processed this morning so that we can look out for it and let you know once we receive it.
>
> **WIRE INSTRUCTIONS**
>
> BANK NAME: CHASE BANK
> BANK ADDRESS: 7417 BALTIMORE AVE STE B, COLLEGE PARK, MD 20740
> BENEFICIARY NAME: FEDERAL TITLE & ESCROW COMPANY LLC
> ABA# / ROUTING NUMBER: 322271627
> ACCOUNT NUMBER: ▓▓▓▓5667
>
> I spoke to Barbara's asst. and was told Barbara is unavailable but im certain she will reach out once she gets your email.
>
> Thank you,
> **Daniel Cox**
> Escrow Officer
> Federal TItle & Escrow Company
> 2275 Research Boulevard
> Suite 500, ROckville, MD 20850
> O: 210-816-0703

19) On or around March 23, 2022, following the wire instructions provided on March 22, 2022, Plaintiff wired $100,000.00 out of her checking account at Wells Fargo. The wire cleared on March 24, 2022.  Upon information and belief, $100,000.00 was deposited to the Chase account ending in 5667.

20) On or around March 24, 2022, following the wire instructions provided on March 22, 2022, Plaintiff wired an additional $46,158.75 from the Wells Fargo account. The wire

4

cleared on March 25, 2022.  Upon information and belief, $46,158.75 was deposited to the Chase account ending in 5667.

21) Plaintiff had also arranged for a wire transfer of $150,000.00 out of a high yield personal savings account she held with American Express.

22) On or around March 24, 2022, Plaintiff replied to the spoofed email account, unaware that it was fraudulent, and asked "Daniel Cox" for a phone number to reach him. "Daniel Cox" responded with a phone number ending in 0703.

23) On or around March 25, 2022, a representative from American Express, Doug (whose last name is unknown at this time)(American Express Saving Staff ID Number 65142) informed Plaintiff that the "feds" stopped the wire transaction. The American Express representative informed Plaintiff that the account number (ending in 5667) where she intended to send the funds was incorrect.  American Express also raised concerns about the routing number she provided.  American Express indicated that it had made multiple attempts to reach "Daniel Cox" at Federal Title through phone numbers he provided Plaintiff to verify the wire transfer, but did not receive a response.

24) On or around March 26, 2022, Plaintiff spoke with another representative from American Express, whose name is believed to be "Nowell" (American Express Saving Staff ID Number 06643). This representative informed Plaintiff that American Express attempted to call "Daniel Cox" at the phone numbers ending in 0703 and 9358 to verify the wire transfer information, but did not receive a response.

25) On or around March 28, 2022, Plaintiff spoke on the phone with another representative from American Express, whose name is believed to be "Christina" (American

Express Saving Staff ID Number 60996). American Express again informed Plaintiff that they had been unable to receive a response from "Daniel Cox" to verify the wire transfer information.

26) On or around March 28, 2022, Plaintiff spoke on the phone with an individual purporting to be Daniel Cox, an employee of Federal Title. She reached him at a phone number ending in 2228.

27) Between March 22, 2022, and March 28, 2022, Plaintiff received over a dozen emails from spoofed email accounts purporting to be Stanley Zerden and Daniel Cox. These emails also included a spoofed email address for Barbara Haardt.

28) In these emails with the individual purporting to be Daniel Cox, Plaintiff attempted to confirm which routing number was the correct routing number to complete her third wire transfer. The individual purporting to be Daniel Cox repeatedly inquired about the status of Plaintiff's wire transfers.

29) On or around Mach 28, 2022, Anthea Higgins from Federal Title asked Plaintiff to call her. When Plaintiff spoke with Ms. Higgins, Plaintiff was informed that the two wire transfers that Plaintiff sent from her Wells Fargo account had not been deposited to Federal Title's bank account. Plaintiff discovered that her wire transfers had been sent to a fraudulent account. Plaintiff was also informed that the real closing figure was $257,599.03 and not the $296,158.75 that she was told by the spoofed email account purporting to be Stanley Zerden.

30) Plaintiff then called American Express and cancelled the pending third wire transfer.

31) Plaintiff received a call from Joe Gentile at Federal Title. Mr. Gentile advised her to attempt to reverse her wire transfers from her Wells Fargo account to the fraudulent Chase account.

32) On or around March 28, 2022, Plaintiff was informed by Wells Fargo that she could not reverse the completed wire transfers.

33) Chase Bank, the recipient of the two wire transfers, was contacted and informed of the fraudulent activity. A demand was made to return the $146,158.75 sent by Plaintiff. Chase Bank declined to return Plaintiff's money and refused to disclose information about the owner of the account that received the funds.

34) Plaintiff reported the fraudulent activity to federal law enforcement, by submitting a completed Complaint Referral Form to the Internet Crime Complaint Center on or around March 29, 2022.

35) Plaintiff also reported the fraudulent activity to the Montgomery County Police Department.

36) As a result of the fraudulent conduct detailed above, Plaintiff wired $146,158.75 to an unknown individual at Chase Bank. Plaintiff has been unable to recover any of the $146,158.75 she transferred from her Wells Fargo Account.

37) Upon information and belief, John Doe was responsible for creating and using the spoofed email accounts described in the preceding paragraphs.

38) Upon information and belief, John Doe had access to the Chase account ending in 5667.

## Count I – Conversion

39) Plaintiff adopts and realleges the allegations set forth above as if fully set forth herein.

40) Plaintiff was the sole owner of the funds in her accounts with Wells Fargo and American Express.

41) The two wire transfers Plaintiff made on March 23 and 24, 2022, were wired from her Wells Fargo accounts to an account at Chase Bank ending in 5667.

42) Based on representations made by John Doe, Plaintiff believed she was sending funds to an account belonging to Federal Title.

43) It was Plaintiff's intention to transfer these funds to Federal Title in connection with the purchase of real property.  She did not intend to send the funds to John Doe.

44) John Doe created fraudulent email accounts in order to mislead Plaintiff as to his real identity.  John Doe used these fake email accounts to send Plaintiff wire transfer instructions that would cause Plaintiff's funds to be transferred to an account that did not belong to Federal Title.

45) Upon information and belief, John Doe had access to the account where Plaintiff sent $146,158.75.

46) John Doe has not returned the money belonging to Plaintiff.

47) John Doe did not earn the money sent by Plaintiff nor does he have any right or interest in the $146,158.75 sent by Plaintiff.

48) John Doe deprived Plaintiff of the funds that she intended to transfer to Federal Title.  John Doe intentionally acquired and retained these funds without authority or permission from Plaintiff.

49) As a result of John Doe's conversion of Plaintiff's funds, Plaintiff has been damaged in the amount of at least $146,158.75 plus other damages suffered as a proximate consequence.

## Count II – Fraudulent Inducement

50) Plaintiff adopts and realleges the allegations set forth above as if fully set forth herein.

51) John Doe spoofed the email accounts of Barbara Haardt, Stanley Zerden, and Daniel Cox. John Doe assumed the identities of Stanley Zerden and Daniel Cox to trick Plaintiff into wiring her funds to him.

52) In multiple emails between March 22-31, 2022, John Doe made material misrepresentations to Plaintiff that he was in fact the real Stanley Zerden and the real Daniel Cox. John Doe created fake emails accounts with their names, signed his emails with their names, and communicated with Plaintiff holding himself out to be either Stanley Zerden or Daniel Cox.

53) John Doe knew that he was an imposter and intended to make material misrepresentations to Plaintiff as to his real identity in order to induce Plaintiff into wiring her funds to himself, rather than to Federal Title.

54) Plaintiff reasonably relied on these material misrepresentations. Plaintiff believed that she was emailing and communicating with the real Stanley Zerden and the real Daniel Cox. Plaintiff relied upon the wire instructions provided by John Doe, believing them to be from Stanley Zerden, and wired her funds to the account provided by these instructions. Plaintiff relied upon the emails and communications from John Doe, believing them to be from Stanley Zerden and Daniel Cox, to schedule and complete the two wire transfers.

55) Based upon the fraudulent misrepresentations made by John Doe, Plaintiff made two wire transfers that she believed, based on statements from John Doe, were being sent to Federal Title's account with Chase Bank.

56) As a result of John Doe's fraud, Plaintiff has been damaged in the amount of at least $146,158.75 plus other damages suffered as a proximate consequence.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount in excess of $146,158.75, plus interest and costs, to compensate Plaintiff for conversion and fraudulent inducement and damages caused by the same.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable

Date:  August __25__, 2022

*Barry Coburn*
Barry Coburn
barry@coburngreenbaum.com
(202) 643-9472
Marc Eisenstein
marc@coburngreenbaum.com
(202) 470-2695
Natalie Nehls
natalie@coburngreenbaum.com
COBURN & GREENBAUM, PLLC
1710 Rhode Island Ave.
Second Floor
Washington, DC 20036

*Counsel for Plaintiff Felice Levine.*